**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-2463 |
| Plaintiff - Appellee, | D.C. No. 1:20-cr-00121-DLC-1 |
| v. | |
| GREGORY RICHARD BOYD, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted March 16, 2026**

Before:    SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Gregory Richard Boyd appeals from the district court's judgment and

challenges his bench-trial conviction for being a prohibited person in possession of

a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

      * This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

      ** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Boyd asserts that § 922(g)(1) violates the Second Amendment, both facially and as applied to him as a purportedly non-violent felon. This claim is foreclosed. *See United States v. Duarte*, 137 F.4th 743, 750 (9th Cir. 2025) (en banc) ("[Section] 922(g)(1) is constitutional as applied to non-violent felons[.]"), *cert. denied*, __ S. Ct. __, 2026 WL 135692 (U.S. Jan. 20, 2026).

**AFFIRMED.**